THE STATE v. GEORGE GORMAN, Appellant.

Division Two, November 21, 1905.

Appeal from St. Louis Court of Criminal Correction.—
*Hon. Hiram N. Moore*, Judge.

REVERSED.

*John A. Gernez* and *A. C. Davis* for appellant.

*Herbert S. Hadley,* Attorney-General, and *Frank
Blake,* Assistant Attorney-General, for the State.

FOX, J.—The same propositions are involved in
this case as were presented in State v. Anderson, ante,
p. 134.

Adopting the views, as well as the conclusions
reached in that case, the judgment in this cause will be
reversed and the defendant discharged.

All concur.